UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 16-mj-02770-Torres

UNITED STATES OF AMERICA

vs.

CAMELIN JUNIOR DESROSIERS,

        Defendant.

_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

                                        Respectfully submitted,

                                        WIFREDO A. FERRER
                                        UNITED STATES ATTORNEY

            BY: _____
                   JOSHUA S. ROTHSTEIN
                   ASSISTANT UNITED STATES ATTORNEY
                   Court ID No. A5502111
                   99 N. E. 4th Street
                   Miami, Florida 33132-2111
                   TEL (305) 961-9208
                   FAX (305) 530-7976

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>CAMELIN JUNIOR DESROSIERS,<br><br>Defendant(s) | Case No. 16-mj-02770-Torres |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 21-25, 2015__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1029(b)(2) | Conspiracy to Commit Access Device Fraud |
| 18 U.S.C. § 1029(a)(2) | Use of One or More Unauthorized Access Devices to Obtain Anything of Value Aggregating $1,000 or More |
| 18 U.S.C. § 1029(a)(3) | Possession of Fifteen or More Unauthorized Access Devices |
| 18 U.S.C. § 1028A(a)(1) | Aggravated Identity Theft |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Joseph McBride, Special Agent - HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 06/02/2016

_____
Judge's signature

City and state: Miami, Florida

Hon. Edwin G. Torres, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Joseph McBride, being duly sworn, attest and affirm the following:

1. I am a Special Agent with Immigration and Customs Enforcement, Homeland Security Investigations ("HSI"), and have been assigned to the Miami Field Office since 2002. I am responsible for conducting criminal investigations of the criminal statutes contained in Title 18 of the United States Code. In my capacity as an HSI agent, I have conducted and participated in numerous investigations involving identity theft, wire fraud, bank fraud, unemployment fraud, and tax refund fraud. Based upon my experience, training and knowledge, as well as discussion with other law enforcement agents and officers, I am familiar with the manner and means by which criminals engage in identity theft and related fraud.

2. The information set forth in this affidavit comes from my personal involvement in this investigation, as well as from information provided to me by other law enforcement officers and people with knowledge of the case. This affidavit does not represent every fact law enforcement knows about this investigation but is submitted for the limited purpose of establishing probable cause for the issuance of a criminal complaint against Camelin DESROSIERS for a violation of the laws of the United States, that is, conspiracy to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2); use of one or more unauthorized access devices to obtain anything of value aggregating $1,000 or more, in violation of Title 18, United States Code, Section 1029(a)(2); possession of fifteen or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3); and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

## PROBABLE CAUSE

3. At approximately 2:30 p.m. on February 25, 2015, North Miami Beach Police Department ("NMBPD") Detectives and Special Agents from the Department of Labor observed

a Cadillac CTS with dark tinted windows traveling northbound on Northeast 18th Avenue and 151st Street. A records check revealed that the vehicle was a Hertz rental car. Because law enforcement suspected that the car's dark tinted windows violated Florida law, a traffic stop was initiated.

4. DESROSIERS exited from the driver's seat and presented a Florida driver license. A second occupant, a female, exited from the passenger side of the vehicle.

5. The passenger informed law enforcement that her identification was inside of her purse, which was inside of the vehicle. Law enforcement went into the purse to retrieve the passenger's identification. Inside the purse, loose and not in the wallet, were two Ready Debit pre-paid cards, one embossed with an account number ending in 8051 and the name of M.H., and the other with an account number ending 7509 and the name S.W.

6. The passenger claimed she was not familiar with the cards and was not aware that the cards were in her purse. The passenger told law enforcement to ask her boyfriend, DESROSIERS, about the debit cards. DESROSIERS admitted that he placed the cards into the passenger's purse.

7. Because the vehicle's tinted windows were a breach of the rental car contract, and pursuant to instructions from Hertz, law enforcement initiated a tow of the vehicle. Per NMBPD tow policy, an inventory of the vehicle was conducted prior to it being towed and returned to Hertz.

8. During the inventory of the vehicle, law enforcement discovered four (4) $500.00 Western Union Money Orders in the center console and two (2) $500.00 receipts in a compartment behind the radio.

9. A subsequent investigation revealed that on February 21, 2015, at 9:43 a.m. at the Publix Supermarket at 11000 Pembroke Road in Miramar, Florida, the passenger in the vehicle utilized a debit card with an account number ending in 7509 and belonging to S.W. to purchase a $500 Western Union money order, later recovered from the vehicle. The debit card utilized for this purchase was one of two that were in the passenger's purse and to which DESROSIERS claimed ownership.

10. Records also revealed that, between February 21, 2015, and February 25, 2015, the debit card with the account number ending in 7509 and belonging to S.W. was used at ATMs in Miramar and Miami, Florida to make debit transactions totaling $1,902.

11. S.W. has been contacted by law enforcement and confirmed that he/she does not know DESROSIERS or the passenger in the vehicle nor did he/she give either individual permission to possess or use his/her personally identifiable information or credit cards.

12. During an inventory of the car, law enforcement also discovered a black Gucci backpack, containing a HP laptop computer, in the trunk. The computer was "on" with the username of "WORK$" on the screen. DESROSIERS claimed ownership of the laptop computer.

13. Pursuant to a search warrant issued by the State of Florida, law enforcement reviewed the contents of the laptop computer. A search of the computer resulted in the discovery of more than one hundred forty (140) individual pieces of personally identifiable information, several federal tax returns, several state tax returns, several scanned images of Social Security Cards, and counterfeit Florida Driver Licenses.

## CONCLUSION

14. Based on the above facts, I submit there is probable cause to believe that beginning as early as February 21, 2015, and continuing through on or about February 25, 2015, in Broward and Miami-Dade County, in the Southern District of Florida and elsewhere, DESROSIERS did knowingly conspire to commit access device fraud, in violation of Title 18, United States Code, Section 1029(b)(2), used of one or more unauthorized access devices to obtain anything of value aggregating $1,000 or more, in violation of Title 18, United States Code, Section 1029(a)(2), possessed fifteen or more unauthorized access devices, in violation of Title 18, United States Code, Section 1029(a)(3), and committed aggravated identity theft, in violation of Title 18, United States Code, Section 1028A(a)(1).

Further Sayeth Your Affiant Naught.

_____
Joseph McBride
Special Agent, HSI

Subscribed and sworn to before me
this ____ day of June, 2016

_____
HONORABLE EDWIN G. TORRES
UNITED STATES MAGISTRATE JUDGE

4