FILED by TB D.C.

Jun 16, 2016

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. – MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**16-20473-CR-GAYLES/TURNOFF**
CASE NO. _____

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)
18 U.S.C. § 982(a)(2)(B)

UNITED STATES OF AMERICA

vs.

CAMELIN JUNIOR DESROSIERS,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about February 25, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

**CAMELIN JUNIOR DESROSIERS,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 2–3

On or about February 25, 2015, in Miami-Dade County, in the Southern District of Florida, and elsewhere, the defendant,

2

**CAMELIN JUNIOR DESROSIERS,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers issued to other persons, such conduct affecting interstate and foreign commerce, as charged in Count 1 of this Indictment, did knowingly transfer, possess, and use, without lawful authority, the means of identification of another person, as set forth in each count below

| Count | Means of Identification |
|:---:|:---:|
| 2 | Name, date of birth, and social security number belonging to "J.M." |
| 3 | Name, date of birth, and social security number belonging to "L.O." |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **CAMELIN JUNIOR DESROSIERS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1029, as alleged in this Indictment, the defendant, **CAMELIN JUNIOR DESROSIERS**, shall forfeit to the United States of America: (a) all property constituting, or derived from, proceeds obtained,

directly or indirectly, as the result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(B); and (b) any personal property used, or intended to be used, to commit such offense, pursuant to Title 18, United States Code, Section 1029(c)(1)(C).

3. The property which is subject to forfeiture includes a forfeiture money judgment in the amount of the value of any property that constitutes or is derived from proceeds obtained as a result of the offenses, and any personal property that was used or intended to be used to commit or facilitate the commission of the offenses.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
JOSHUA S. ROTHSTEIN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. _____ |
| vs. | |
| CAMELIN JUNIOR DESROSIERS, | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| **Defendant.** _____/ | **Superseding Case Information:** |

**Court Division**: (Select One)

| | | | | |
|---|---|---|---|---|
| X | Miami | ___ | Key West | |
| ___ | FTL | ___ | WPB | ___ FTP |

New Defendant(s)       Yes ___   No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)    No
   List language and/or dialect _____

4. This case will take    1-2    days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                            (Check only one)

   |   |                  |       |         |   |
   |---|------------------|-------|---------|---|
   | I  | 0 to 5 days     | X     | Petty   | ___ |
   | II | 6 to 10 days    | ___   | Minor   | ___ |
   | III| 11 to 20 days   | ___   | Misdem. | ___ |
   | IV | 21 to 60 days   | ___   | Felony  | X |
   | V  | 61 days and over| ___   |         |   |

6. Has this case been previously filed in this District Court?   (Yes or No)   ___
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes:
   Magistrate Case No.       16-MJ-02770-Torres
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No)    No

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?    Yes ___    No  X

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?    Yes ___    No  X

_____
JOSHUA S. ROTHSTEIN
ASSISTANT UNITED STATES ATTORNEY
COURT ID NO. A5502111

\*Penalty Sheet(s) attached                                                      REV 4/8/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** CAMELIN JUNIOR DESROSIERS

**Case No:** _____

Count #: 1

Possession of Fifteen or More Unauthorized Access Devices

Title 18, United State Code, Section 1029(a)(3)

**\* Max. Penalty**:   10 Years' Imprisonment

Counts #: 2-3

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)

**\* Max. Penalty**:   2 Years' Imprisonment (consecutive to any other sentence)

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**